Jess F. Howes, Respondent-Appellant, v. Peckham Road Corporation, Appellant-Respondent.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.